```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :   Consolidated Under
LIABILITY LITIGATION (No. VI)   :   MDL DOCKET NO. 875
                                :
CERTAIN PLAINTIFFS              :
                                :
     v.                         :
                                :
CERTAIN DEFENDANTS              :
                                :
```

FILED
JUL - 1 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

**STATUS AND SCHEDULING CONFERENCE**

**AND NOW**, this **25th** day of **June, 2010**, it is hereby **ORDERED** that a status and scheduling conference will be held in the captioned cases[1] **Wednesday, July 21, 2010** at **10:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that failure to appear at the conference shall result in the dismissal of the case without prejudice.

It is further **ORDERED** that, as to all open cases, counsel for the plaintiff shall be prepared to provide at the hearing the following information:

    a.) Certification of compliance with Administrative Orders no. 12, 12 as amended, and 14.

---

[1] See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.

b.) Any motions pending.

c.) Certification that Plaintiff has filed any necessary amended complaints and paid all required filing fees.

d.) A list of unsettled defendants in each case and a proposed order dismissing the remaining viable defendants that are listed on the docket.

It is further **ORDERED** that if a Defendant wishes to challenge the sufficiency of an individual Plaintiff's Administrative Order no. 12 submission, at the hearing Defendant should be prepared to assert the specific reasons why Plaintiff has not fulfilled the requirements of Administrative Order no. 12. If compliance is contested, a hearing will be held on a subsequent date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.[2]

---

[2] If a case listed in the attached Exhibit has been referred to a Magistrate Judge for settlement, that case will not be heard at this conference. If any case listed has already been placed on a scheduling order, that case will not be heard at this conference. In order to ensure

It is further **ORDERED** that, if any of the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

        AND IT IS SO ORDERED

                                           EDUARDO C. ROBRENO, J.

---

that any such cases are removed from the list, please contact to Court and provide the specific case number(s) and plaintiff name(s) which must be removed so that the case is not inadvertently dismissed.

**MAILED:**

| | | | |
|---|---|---|---|
| A. OWENS | BRENDAN O'BRIEN | CHRISTOPHER MAURIELLO | DAVID CASE |
| AARON RIENSCHE | BRET GAINSFORD | CHRISTOPHER MOORE | DAVID COLLINS |
| ABRAM CONWAY | BRETT LARSEN | CHRISTOPHER NETTLES | DAVID DARRELL |
| ADAM TRUPP | BRETT STEINBERG | CHRISTOPHER NICHOLS | DAVID DAVIES |
| ADRIENNE DOMINGUEZ | BRIAN CAHILL | CHRISTOPHER O'DONNELL | DAVID DEBOER |
| ALAN BRAYTON | BRIAN EBENER | CHRISTOPHER PLACITELLA | DAVID DINCE |
| ALAN FRIEDBERG | BRIAN FIELDS | CHRISTOPHER RAISTRICK | DAVID DONAHUE |
| ALBERT GOLDBERG | BRIAN KENNEY | CHRISTOPHER WAHL | DAVID FANNING |
| ALBERT GRASCH | BRIAN PLEGGE | CLARK GAY | DAVID FIELD |
| ALEXANDER PENDLETON | BRIAN QUIST | CLARKE GILLESPIE | DAVID GALL |
| ALEXANDRA MCLEOD | BRIAN REICHENBAC | CLAYTON DICKEY | DAVID JOHNSON |
| ALFRED SWANSON | BRIAN SHAUGHNESS | CLAYTON FARRELL | DAVID JONES |
| ALGIMANTAS KEZELIS | BRIAN TREXELL | COLLEEN HICKEY | DAVID JONES |
| ALLARD ALLSTONM | BRIAN WEINSTEIN | COREY NICHOLSON | DAVID LAPORTE |
| AMBER ACHILLES | BRIGGS CHENEY | CORNELIUS DUCEY | DAVID MARTIN |
| AMY GEDDES | BRUCE BEYE | CORY O'DELL | DAVID MATTINGLY |
| ANDREA COHEN | BRUCE JONES | COUNTESS PRICE | DAVID MCNEILL |
| ANDREW CROSS | BRUCE KAMPLAIN | CRAIG BANFORD | DAVID MILNE |
| ANDREW ELMAN | BRUCE MACFARLANE | CRAIG COLEMAN | DAVID MONOHAN |
| ANDREW FISHKIN | BRUCE MARR | CRAIG KAVENSKY | DAVID MORRIS |
| ANDREW KOLB | BRYAN DUNKUM | CRAIG LILJESTRAN | DAVID MUELLER |
| ANDREW KOPON | BRYON LANDAU | CRAIG LIMBOCKER | DAVID PATTERSON |
| ANDREW LEVINE | C. DUCEY | CRAIG NEMIER | DAVID PERKINS |
| ANDREW MAESTRI | C. GOSSETT | CRAIG VANDERGRIF | DAVID POOLE |
| ANDREW OETTINGER | C. KOEBELE | CRAIG WINTERMAN | DAVID PROCTOR |
| ANDREW SCHULTZ | C. THRELKELD | CREED TUCKER | DAVID QUALE |
| ANDREW SLONIEWSKY | CAITLIN CAMERON | CURTIS BAILEY | DAVID ROLF |
| ANDREW TROUTMAN | CALVIN FULKERSON | CURTIS COKER | DAVID SCHLACHTER |
| ANDREW WOLF | CAMERON TURNER | CYNTHIA ANTONUCCI | DAVID SHAW |
| ANDREW YODER | CARA CERASO | CYNTHIA O'DELL | DAVID SHAY |
| ANGELA BOWLIN | CARA HOUCK | DALE BURMEISTER | DAVID SINN |
| ANGELA DESLOGE | CARL EDWARDS | DALE ECONOMUS | DAVID SLAVKIN |
| ANN GOODMAN | CARL PIERCE | DAN WULZ | DAVID WELCH |
| ANN LITTLE | CARMEN ANDERSON | DANA HOFFMAN | DAVID WELTE |
| ANN RITTER | CAROL PRYGROSKY | DANIEL CHEELY | DAVID ZOBEL |
| ANNE MCCLURKIN | CAROL TATE | DANIEL DONAHUE | DEAN PANOS |
| ANNE STINNEFORD | CARY MILLER | DANIEL EICHHORN | DEBORAH SOLMOR |
| ANNETTE ZIEGLER | CASE DAM | DANIEL FARROLL | DEBORAH SWANK |
| ANTHONY HARLOW | CATHERINE ADAMS | DANIEL FOWLER | DEBRA FULTON |
| ANTHONY RUPP | CATHERINE COHEN | DANIEL GRAHAM | DEIRDRE GALLAGHER |
| ANTHONY UPSHAW | CATHERINE MCCORMACK | DANIEL GRIFFIN | DEMARCUS GORDON |
| ARMAND PORTA | CECELIA IBSON | DANIEL HAWS | DENIS RISCHARD |
| ARTHUR RADKE | CHARLES BLACKMAN | DANIEL JARDINE | DENNIS CALHOUN |
| B. CONWAY | CHARLES COURTNEY | DANIEL KELLEY | DENNIS DOBBELS |
| B. DUNKUM | CHARLES DARGO | DANIEL KING | DENNIS DUGGAN |
| BADGE HUMPHRIES | CHARLES HYLAND | DANIEL LA FAVE | DENNIS GRABER |
| BARBARA ARISON | CHARLES JANES | DANIEL LANGIN | DENNIS MCCARTEN |
| BARBARA PACKER-ROS | CHARLES KALINOSKI | DANIEL MANNA | DENNIS MCELWAIN |
| BARBARA STILLE | CHARLES MCKEE | DANIEL MOLONY | DENNIS O'CONNELL |
| BARNABY HORTON | CHARLES PATRICK | DANIEL NOONAN | DENNIS STANCHIK |
| BARRY DORANS | CHARLES PEIFER | DANIEL O'CONNELL | DENNIS WHELLEY |
| BARRY ROBIN | CHARLES PHARRIS | DANIEL OVERBEY | DERAL WILEY |
| BEAU SEFTON | CHARLES SOCHA | DANIEL RUTTENBERG | DEREK JOHNSON |
| BEN MAYEAUX | CHARLES WALKER | DANIEL SHUCK | DEREK SMITH |
| BENJAMIN DAVIS | CHARLES WITTHOEFFT | DANIEL WILES | DEVLIN SCHOOP |
| BETH GORI | CHERYL ESPOSITO | DAVE O'BRIEN | DIANA BANGERT-DR |
| BETTY KONEN | CHRISTIAN HARTLEY | DAVID ALLEN | DIANA WANN |
| BEVERLY GARNER | CHRISTINA LEWIS | DAVID BARTEL | DIANE KERO |
| BEVIN ALEXANDER | CHRISTINE BEWLEY | DAVID BEACH | DIANE PERER |
| BILLEE LIGHTVOET | CHRISTOPHER HACKMAN | DAVID BEERS | DIEDRE DUNN |
| BRADLEY FITZGERALD | CHRISTOPHER HAMILTON | DAVID BOELZNER | DIONNE HAYES |
| BRADLY BUTLER | CHRISTOPHER KALLAHER | DAVID BOWEN | DIXIE COFFEY |

CERTIFICATE OF SERVICE

**MAILED (CON'T):**

| | | | |
|---|---|---|---|
| DONA ARNOLD | EVAN SCHWAB | HAROLD ATHERLY | JAMES KELLY |
| DONALD BRITT | FORREST WILKES | HAROLD PIERCE | JAMES KRAJEWSKI |
| DONALD BROAD | FRANCIS MORRISSEY | HARRY DIXON | JAMES LAFEVER |
| DONALD BROWN | FRANCIS SPINA | HARRY HERREN | JAMES LAMP |
| DONALD CARLSON | FRANCIS TOMES | HARRY NICHOL | JAMES LOWERY |
| DONALD FELLOWS | FRANK BYERS | HARRY OGDEN | JAMES LOZIER |
| DONALD HOWELL | FRANK DAILY | HARRY SACHRISON | JAMES MACCALLUM |
| DONALD LIEB | FRANK HILLIARD | HARRY SMITH | JAMES MCCONKIE |
| DONALD MARLIN | FRANK TERSCHAN | HAYWOOD MCDUFFIE | JAMES MORROW |
| DONALD MERINGER | FRANKLIN GREENE | HEATHER BROOKS | JAMES NEWTON |
| DONALD MOONEY | FRANKLIN KRONENBERG | HEATHER NEUBAUER | JAMES OLIPHANT |
| DONALD O'DELL | FRED GREENE | HEINZ MAHLER | JAMES PARKER |
| DONALD SEYMOUR | FRED KELLY | HENRY PARKS | JAMES PEEK |
| DONALD SIME | FRED MOORE | HILARY TAYLOR | JAMES PERCY |
| DONALD TRACI | FREDERICK BARON | HOWARD BOMAN | JAMES PIOTROWSKI |
| DONALD WARD | FREDERICK KINDEL | HOWARD HALL | JAMES PRESSLEY |
| DOUGLAS DUKE | FREDERICK KOBB | HOWARD PRIESS | JAMES PRESSLY |
| DOUGLAS ENGLER | FREDRIC GOLDFEIN | HUGH BRIGHT | JAMES PURCELL |
| DOUGLAS HANEY | FREDRIC TILTON | J DRYTON | JAMES R CARTER |
| DOUGLAS MCINTOSH | G. HEATH | J GASS | JAMES SHANNON |
| DOUGLAS METZ | G. HENMAN | J SQUITIERI | JAMES SHEARIN |
| DOUGLAS OELSCHLAEG | G. PHILLIPS | J. BAIRD | JAMES SNYDER |
| DUANE ARNDT | G. RICE | J. CONGER | JAMES STANTON |
| DUDLEY WOODY | GALEN WHITE | J. EYRE | JAMES STEPHENSON |
| DWIGHT MOTSCO | GARDNER DUVALL | J. FITZGERALD | JAMES TOOHEY |
| DWIGHT TARWATER | GARY BEAVER | J. GASS | JAMES WESTON |
| E. WALKER | GARY BOMKAMP | J. WOLFE | JAMES WHEELER |
| E. WARE | GARY CLEXTON | J.R. BAKER | JAMES WILLIAMS |
| EARL KREMP | GARY HERMANN | JACK BLOCK | JAMES WYATT |
| EARL LAYMAN | GARY JONES | JACK REISE | JAN DODD |
| EARL SCOTT | GARY ROBERSON | JACK REITER | JAN SWENSEN |
| EDMUND SIEGERT | GARY SMITH | JACQUELINE HAGLUND | JANE DRAGISIC |
| EDWARD BENCHIK | GENE CURRIER | JAME BROCKMAN | JANE HETTRICK |
| EDWARD HUGO | GEOFFREY VANCE | JAMES ARRIGO | JANET LEGG |
| EDWARD KALABUS | GEORGE CAPPIELLO | JAMES AUSER | JASON HENDERSON |
| EDWARD KENNEY | GEORGE GESSLER | JAMES BALICH | JASON IRVIN |
| EDWARD LAYDEN | GEORGE MORTON | JAMES BENSON | JASON JOHNSON |
| EDWARD LEADER | GEORGE RICH | JAMES BEST | JASON LUCKASEVIC |
| EDWARD MACCABE | GEORGE SCHUMANN | JAMES BUTLER | JAY DANKNER |
| EDWARD O'CONNOR | GEORGE SOULE | JAMES BUTTS | JAYME LONG |
| EDWARD RUBERRY | GERALD ABDALLA | JAMES CARTER | JAYNE PEARMAN |
| EDWARD SALAH | GERALD DAVIDSON | JAMES CLARK | JEAN D'OVIDIO |
| EDWARD WESTBROOK | GERALD DUCHAWITZ | JAMES CONSTABLE | JEAN HARRIS |
| EDWARD ZAENGLE | GERALD GREEN | JAMES COSTELLO | JEANETTE SERAILE-RI |
| EDWIN BEACHLER | GERALD SHARP | JAMES CULHANE | JEANNE LOFTIS |
| ELIOT HARRIS | GINO ALIA | JAMES DENIS | JEFFERY MATTHEWS |
| ELIZABETH HARVEY | GLENN BOWERS | JAMES DORAN | JEFFREY CASTO |
| ELIZABETH KLUKAS | GLENN HANNI | JAMES EARLY | JEFFREY EDDY |
| ELIZABETH NAY | GLENN SWETMAN | JAMES EBERT | JEFFREY FRIEDMAN |
| ELIZABETH RAYMOND | GORDON MYERSON | JAMES FENCHEL | JEFFREY JANIK |
| ELIZABETH WOLF | GORDON STEMPLE | JAMES FERRELL | JEFFREY JONES |
| ELLEN KORDIK | GREG PERCZAK | JAMES FIEWEGER | JEFFREY MCKEAN |
| ELMA RODGERS | GREGG FALLICK | JAMES GARY | JEFFREY REEL |
| EMUND MICHIE | GREGORY BERMAN | JAMES GRIFFIN | JEFFREY ROGERS |
| ERIC ENGLEBARDT | GREGORY CERULO | JAMES HAFELE | JEFFREY SCHMECKPEP |
| ERIC FREEMAN | GREGORY FIKE | JAMES HAUSER | JEFFREY SWAN |
| ERIC JORANSON | GREGORY GOLDBERG | JAMES HAYES | JEFFREY TALLIS |
| ERIC PAINE | GREGORY WESTBROOKS | JAMES HAYNSWORTH | JEFFREY WOLF |
| ERIC ZALUD | GUS SACOPULOS | JAMES HAYS | JEFFREY ZIPES |
| ERICA MUNZEL | GWENDOLYN FROST | JAMES HICKEY | JENNIFER BARTLETT |
| ERIK GRUBER | H. HAMLET | JAMES HOUSE | JENNIFER CAMERON |
| EUGENE ROBINSON | H. MORRIS | JAMES JENNINGS | JENNIFER DARGER |
| EVAN LIPSTEIN | HALLIE ALBERT | JAMES KELLEY | JENNIFER FARDY |

**MAILED (CON'T):**

| | | | |
|---|---|---|---|
| JENNIFER JOHNSON | JOHN MCCAMMON | JUSTINE DELMURO | KRISTIN BROWN |
| JENNIFER JOHNSTON | JOHN MCCORMICK | K. CAREY | KRISTINE KRAFT |
| JENNIFER PINCUS | JOHN MCDAVID | KAREN NICHOLS | KRISTOPHER KUEHN |
| JENNIFER SEIDLER | JOHN MEEHAN | KAREN RHEINGANS | KURT RASMUSSEN |
| JEROME KRINGS | JOHN MOORE | KARL KOONS | KURTIS REEG |
| JERROD BARENBAUM | JOHN NEWELL | KARLEEN MURPHY | L. GALYON |
| JESSE JAMES BLYTH | JOHN NOLAND | KARLIN GOULD | L. MCQUEEN |
| JILL ENDICOTT | JOHN NORMAN | KATHARINE PERRY | LARRY CASSIL |
| JILL FUCHS | JOHN OSTOJIC | KATHERINE RODGERS | LARRY DEENER |
| JILL RAKAUSKI | JOHN O'SULLIVAN | KATHLEEN BROWE | LAURA CABUTTO |
| JILL TRAHAN | JOHN PFEIFER | KATHLEEN GIBBONS | LAURA MASON |
| JO ANN LEA | JOHN REPCHECK | KATHLEEN MURPHY | LAURA O'CONNELL |
| JOAN GODLOVE | JOHN SAKELLARIS | KATHLEEN WOODS | LAURIE ANGER |
| JOAN PHILLIPS | JOHN SAXON | KATHRYN HOGAN | LAWRENCE BECKENSTEI |
| JOANNE KEANE | JOHN SCHULTZ | KATHRYN NICHOLS | LAWRENCE HOOPER |
| JODY KAHN | JOHN SUNDERLAND | KATHRYN O'BRIEN | LAWRENCE KERR |
| JODY SPIEGEL | JOHN TARPLEY | KATHY CONDO | LAWRENCE MCLELLAN |
| JOEL MIRMAN | JOHN TATE | KAY BAXTER | LAWRENCE PALADIN |
| JOEL MOSHER | JOHN TIMMERMIER | KAY NOONAN | LEE BAKER |
| JOEL PELZ | JOHN UNSWORTH | KAYCE GINSINGER | LEE PATTERSON |
| JOEL PERSKY | JOHN WILSON | KEIRA AMSTUTZ | LEE WILSON |
| JOEL POOLE | JOMARIE FREDERICKS | KEITH CHADWICK | LEON GARY |
| JOEL SLAWOTSKY | JON ARNTSON | KEITH KINNEY | LEON LAYDEN |
| JOEL SPITZ | JONATHAN HADEN | KELLY CHERF | LEONARD KAMLET |
| JOHN ACKERMAN | JONATHAN HOLLINGSHE | KELLY WOOSTER | LEONARD WAGNER |
| JOHN ADAMS | JONATHAN INGRISANO | KENDAL CROOKS | LEWIS KAHN |
| JOHN BACHARACH | JONATHAN LIVELY | KENNETH BUETTNER | LIMO CHERIAN |
| JOHN BAKER | JONATHAN SHERMAN | KENNETH COSTA | LIN WEST |
| JOHN BIBB | JONATHAN WAYMAN | KENNETH DREHER | LINDA GRAFT |
| JOHN BRYDON | JORDAN BLUMENFELD | KENNETH ESSAD | LINDA HOPGOOD |
| JOHN BUCHAN | JOSEPH ALBERTS | KENNETH GORENBERG | LISA BLUE |
| JOHN BULGER | JOSEPH BRUEGGER | KENNETH HARRIGAN | LISA EVANGELIST |
| JOHN BURTCH | JOSEPH COLANTUONO | KENNETH HARRIS | LISA LACONTE |
| JOHN CARTER | JOSEPH DIGIORGIO | KENNETH HEINEMAN | LISA PUPO-LENIH |
| JOHN CONWAY | JOSEPH DIXON, JR | KENNETH LEVINE | LISA ROBINSON |
| JOHN CORTESIO | JOSEPH DIXON, JR | KENNETH MCCLAIN | LLOYD WILLIAMS |
| JOHN CRIMANDO | JOSEPH FRONTINO | KENNETH MROZ | LORI FRENO-ENGM |
| JOHN CURTIS | JOSEPH KRASOVEC | KENNETH NEAL | LORI SCHRIER |
| JOHN DAMES | JOSEPH LAMPO | KENNETH RIES | LORRAINE MERTELL |
| JOHN DIXON | JOSEPH MARCONI | KENNETH ROBERTS | LORRE GAUDIOSI |
| JOHN DOTSON | JOSEPH MATTHEWS | KENNETH TUGGLE | LOUIS WOOLF |
| JOHN EASTER | JOSEPH MOORE | KENNETH WYSOGLAD | LYNN LUKER |
| JOHN EMERY | JOSEPH O'HARA | KENT FANDEL | LYNNE BLAIN |
| JOHN FABRY | JOSEPH OKPAKU | KENT KRAUSE | M. CLONINGER |
| JOHN FRANKE | JOSEPH RHOADES | KEVIN CONWAY | M. HILL |
| JOHN GORDINIER | JOSEPH RICE | KEVIN CRAIG | M. MALONEY |
| JOHN HAYWARD | JOSEPH RICE | KEVIN GREENWOOD | M. MORETZ |
| JOHN HELLER | JOSEPH SATTERLEY | KEVIN KAUER | M. NOVAK |
| JOHN HENSLEY | JOSEPH SHANNON | KEVIN KENNEDY | MADELEINE FISCHER |
| JOHN HUPP | JOSEPH STALMACK | KEVIN LONG | MANYA GRANT |
| JOHN IVINS | JOSEPH WITEK | KEVIN MCCARTHY | MARC LOVELL |
| JOHN JONES | JOSHUA MURPHY | KEVIN O'DOWD | MARCIA DAVIS |
| JOHN KENNEY | JOY CLEGG | KEVIN OWENS | MARGIT HUNT NAHRA |
| JOHN KENRICK | JUAN RAMIREZ | KEVIN REID | MARISA DONDLINGER |
| JOHN KERSHAW | JUDITH BROACH | KEVIN RYAN | MARK BUCHANAN |
| JOHN KLAMANN | JUDITH GARCIA | KEVIN SULLIVAN | MARK CARPENTER |
| JOHN KOT | JUDITH LOCKHART | KEVIN WOLFE | MARK COBERLY |
| JOHN KREIGHBAUM | JUDITH NAKAMURA | KIMBERLY WALKER | MARK FELDMAN |
| JOHN KRIVICICH | JUDITH YAVITZ | KIRT DEVRIES | MARK FELLMAN |
| JOHN KUROWSKI | JULES LEBLANC | KRISTEN RECTENWALD | MARK HEDDERMAN |
| JOHN LUND | JULIA GELINAS | KRISTEN SMITH | MARK HURA |
| JOHN LYNCH | JULIA HOWARD | KRISTIE TAPPAN | MARK IOLA |
| JOHN MAHONEY | JULIAN SMITH | KRISTIN ACHTERHOF | MARK JOHNSON |

**MAILED (CON'T):**

| | | | |
|---|---|---|---|
| MARK JONES | MICHAEL KOMINIAREK | PATRICK ATTRIDGE | RICHARD BAKER |
| MARK LACHEY | MICHAEL LEWANDOWSK | PATRICK FALAHEE | RICHARD BEAVER |
| MARK LIABO | MICHAEL LIDDANE | PATRICK HAGGERTY | RICHARD BENNETT |
| MARK LONGUA | MICHAEL MAHER | PATRICK O'BRIEN | RICHARD BOLTON |
| MARK MARDER | MICHAEL MANN | PATRICK PHILLIPS | RICHARD BRENNAN |
| MARK PALMER | MICHAEL MARINE | PATRICK REILLY | RICHARD BRODY |
| MARK PELLEGRINO | MICHAEL MARTIN | PATTI LAY | RICHARD CESARIO |
| MARK PEYSER | MICHAEL MATTHEWS | PAUL FARQUHARSO | RICHARD CHAPIN |
| MARK RAKOCZY | MICHAEL MOODY | PAUL HOFMANN | RICHARD CRUMP |
| MARK ROSEN | MICHAEL MULVIHILL | PAUL HULSEY | RICHARD DARKE |
| MARK SCHMITT | MICHAEL NESTER | PAUL KALISH | RICHARD DAVIS |
| MARK STILES | MICHAEL NOVAK | PAUL O'FLAHERTY | RICHARD DELACENSER |
| MARK TIVIN | MICHAEL O'ROURKE | PAUL REYNOLDS | RICHARD DONOHUE |
| MARK VELGUTH | MICHAEL ORTYL | PAUL RHEINGOLD | RICHARD FORMAN |
| MARK WILLIAMS | MICHAEL PHELAN | PAUL SCRUDATO | RICHARD FUEYO |
| MARSHALL WINSLOW | MICHAEL POLLACK | PAUL SHAKESPEAR | RICHARD GAWLOWSKI |
| MARTIN JACKSON | MICHAEL PONTERIO | PAUL SHAW | RICHARD HARDEN |
| MARTIN MCNERNEY | MICHAEL POWELL | PAUL SIMPSON | RICHARD HONN |
| MARY ANN HATCH | MICHAEL ROSENBERG | PAUL SUNSHINE | RICHARD HUSER |
| MARY CORRIGAN | MICHAEL ROWLAND | PAUL VAN TOL | RICHARD JOINER |
| MARY FLANNER | MICHAEL SAZDANOFF | PAUL VARDEMAN | RICHARD KATZ |
| MARY GAY | MICHAEL SENSOR | PEGGY BALL | RICHARD MEUNIER |
| MARY HATCH | MICHAEL STODGHILL | PERRIE WEINER | RICHARD MIDDLETON |
| MARY HIGGINS | MICHAEL TANNEBAUM | PERRY GANDELMAN | RICHARD MILLER |
| MARY MALATESTA | MICHAEL TURCO | PETER ANGELOS | RICHARD NIESS |
| MARY MOSES | MICHAEL VERCHER | PETER BEADLE | RICHARD NORTH |
| MARY REEDER | MICHAEL WALDECK | PETER BILLINGS | RICHARD ODOM |
| MARY SLIWINSKI | MICHELLE CRAIG | PETER BRODHEAD | RICHARD POLING |
| MARYELLEN FAIRFIELD | MICHELLE MONTGOMERY | PETER CARLSON | RICHARD RETTBERG |
| MATTHEW BERGMAN | MICHELLE WEATHERS | PETER HATTON | RICHARD RIEGNER |
| MATTHEW HURST | MIRIAM GLUECK | PETER HICKEY | RICHARD ROESSLER |
| MATTHEW LEE | MITCH CRAMER | PETER HOBAICA | RICHARD RUSH |
| MATTHEW SCHAFER | MITCHELL COHEN | PETER KENNEDY | RICHARD RYAN |
| MAUREEN HOLMAN | MITCHELL KATTEN | PETER MC KENNA | RICHARD STEINKEN |
| MAUREEN KELLY | MITCHELL MOSER | PETER NAVARRO | RILEY FISCHER |
| MAUREEN MUNRO | MONICA MAGHRAK | PETER OBETZ | ROBERT ANDERSON |
| MEGAN MANTZAVINO | MONICA PATTERSON | PHILIP ASIANO | ROBERT ANDRE |
| MELISSA SKILKEN | MORT WELCH | PHILLIP COOPER | ROBERT ANDREKANIC |
| MELODY NASHAN | MURRAY ABOWITZ | PRESCOTT LITTLEFIEL | ROBERT BAKER |
| MEYER GERTLER | MYRA SANDERSON | R. BENNER | ROBERT BALL |
| MICHAEL ARMITAGE | MYRON SILVERMAN | R. DUNKUM | ROBERT BAUGHMAN |
| MICHAEL AUD | NANCY HARBOUR | R. MUTH | ROBERT BOUGHTER |
| MICHAEL CASCINO | NATHAN MANN | R. SMITH | ROBERT BRAWLEY |
| MICHAEL CASSIDY | NATHANIEL CADE | R. STEELE | ROBERT BRICKMAN |
| MICHAEL CIESLEWICZ | NEAL BAUER | R. STOMMEL | ROBERT BROBYN |
| MICHAEL CONNELLY | NEAL GLENN | RACHEL FELDSTEIN | ROBERT CALDWELL |
| MICHAEL EAGAN | NEIL FREUND | RACHELLE BIN | ROBERT CAMPBELL |
| MICHAEL EDWARDS | NEIL KAY | RALPH WALKER | ROBERT COONEY |
| MICHAEL FREEBORN | NEIL LOWENSTEIN | RALPH WINTERS | ROBERT EWALD |
| MICHAEL FREEMAN | NEIL SOLOMON | RANDALL HARDESTY | ROBERT FELDT |
| MICHAEL GALLAGHER | NICHOLAS EMPSON | RANDALL NYE | ROBERT GILCHRIST |
| MICHAEL GLACKIN | NICOLE BEHNEN | RANDALL SOLOMON | ROBERT GORDON |
| MICHAEL HANNIGAN | NOAH GREEN | RANDALL SOUZA | ROBERT GREEN |
| MICHAEL HANRAHAN | NORA GIERKE | RANDY KOPP | ROBERT HALEY |
| MICHAEL HEINLE | NORA PLATT | RANDY SEGO | ROBERT JENNINGS |
| MICHAEL HENNIG | OLIVIA REGARD | RAYMOND BERRY | ROBERT KEZELIS |
| MICHAEL HUPPERT | ORLANDO SANDOVAL | RAYMOND FOURNIE | ROBERT KOPKA |
| MICHAEL JASSAK | OTIS WRAGG | RAYMOND RITCHEL | ROBERT KREAMER |
| MICHAEL JERDE | OTTO WOLFF | REBECCA JOHNSON | ROBERT KRISTUFEK |
| MICHAEL KAEDING | P. CRANE | REBECCA SCHUPBACH | ROBERT LANCASTER |
| MICHAEL KELLY | P. CREBS | REX BEASLEY | ROBERT LANDAU |
| MICHAEL KERNBACH | P. EATON | RHONDA WARE | ROBERT MARCIS |
| MICHAEL KOKAL | PATRICIA MCCARTHY | RICHARD BADER | ROBERT MARTIER |

CERTIFICATE OF SERVICE

**MAILED (CON'T):**

| | | | |
|---|---|---|---|
| ROBERT MCCOY | SCOTT COOK | TERENCE SELBY | TRACEY DOTSON |
| ROBERT MITCHELL | SCOTT GOETSCH | TERENCE TIU | TRAVIS HILKA |
| ROBERT MUELLER | SCOTT KNOX | TERESA VERGES | TROY BELL |
| ROBERT NEWMAN | SCOTT LAW | TERRANCE PROUT | TYSON GAMBLE |
| ROBERT OBRINGER | SCOTT NEILSON | TERRANCE YENSON | VALERIE COUCH |
| ROBERT OFFICER | SCOTT RHODES | TERRI PARKER | VALERIE SHEA |
| ROBERT OWSIANY | SEAN HOGAN | TERRY BUTCHER | VANI SINGHAL |
| ROBERT PATTERSON | SEAN MACK | THADDEUS STANKOWSKI | VANTHARA MEAK |
| ROBERT PISANI | SEAN SHEEHAN | THERESA HURSH | VERN HOLZHALL |
| ROBERT POLIFKA | SHANE YOUTZ | THERESE KELLY | VICTOR LAZZARETTI |
| ROBERT RILEY | SHARON GROEGER | THOMAS ALLEN | VICTORIA NILLES |
| ROBERT RITTER | SHARON NEIBERG | THOMAS ALMY | VINCENT ERRANTE |
| ROBERT RYDER | SHEILA BOSSIER | THOMAS BAKER | VINCENT RABAUT |
| ROBERT SANDS | SHELLEY MILLER | THOMAS BARNES | W. TORNEHL |
| ROBERT SCHULTZ | SHERMAN AMES | THOMAS BICKERS | W. WELSH |
| ROBERT SHUFTAN | SIDNEY SEALS | THOMAS BURNHAM | WALTER FLOYD |
| ROBERT SHUFTMAN | STACEY SENECZKO | THOMAS CARVER | WALTER GAIDAROFF |
| ROBERT SHULA | STACIE KNIGHT | THOMAS CRAWFORD | WALTER GILMER |
| ROBERT SHULTZ | STEPHAN ROTH | THOMAS CROWE | WARREN KELLER |
| ROBERT STEVENS | STEPHANIE GELBER | THOMAS DOMME | WELDON PATTERSON |
| ROBERT STOMMEL | STEPHANIE SCHARF | THOMAS DUFF | WENDY SMITH |
| ROBERT SWEENEY | STEPHEN AYRES | THOMAS EHRHARDT | WENDY WANCHAK |
| ROBERT TOMLINSON | STEPHEN BOWERS | THOMAS GILLIGAN | WILLARD MOODY |
| ROBERT TRACI | STEPHEN COPENHAVER | THOMAS GONZALEZ | WILLIAM ALLEY |
| ROBERT VARNEY | STEPHEN DELSOLE | THOMAS GOSS | WILLIAM BARRETT |
| ROBERT WILENS | STEPHEN DICKERSON | THOMAS GREEN | WILLIAM BYASSEE |
| ROBERT WRENN | STEPHEN EVANS | THOMAS HANEKAMP | WILLIAM CARPENTER |
| ROBERT ZAPINSKI | STEPHEN HILL | THOMAS HART | WILLIAM CASE |
| ROBERT ZIOGAS | STEPHEN JACKSON | THOMAS HARTMANN | WILLIAM CROKE |
| ROBIN BABBITT | STEPHEN KAUFMANN | THOMAS HAYES | WILLIAM CURRAN |
| ROBIN GRESHAM | STEPHEN KRAVIT | THOMAS KIEPURA | WILLIAM DOWNES |
| ROBIN HARVEY | STEPHEN MAASSEN | THOMAS MEYER | WILLIAM EVANS |
| RODNEY VINCENT | STEPHEN PETRONIO | THOMAS MIXDORF | WILLIAM FAHEY |
| ROGER CLAYTON | STEPHEN RINGKAMP | THOMAS MURRAY | WILLIAM GRALOW |
| ROGER CUSICK | STEPHEN TERRELL | THOMAS NORBY | WILLIAM HARTE |
| ROGER WILLETTS | STEVEN CELBA | THOMAS ORRIS | WILLIAM HASSLER |
| RON MCAFEE | STEVEN CRICK | THOMAS PARACHINI | WILLIAM HEFFERNAN |
| RONALD CURTIS | STEVEN DICKER | THOMAS PEARSON | WILLIAM HUGHES |
| RONALD EDDINS | STEVEN FAIRFIELD | THOMAS PHALEN | WILLIAM JOHNSON |
| RONALD HACK | STEVEN GUINN | THOMAS PLATT | WILLIAM KENEALY |
| RONALD HOUSE | STEVEN HANDLER | THOMAS RHATIGAN | WILLIAM MAHONEY |
| RONALD HUDSON | STEVEN HARDIN | THOMAS SANT | WILLIAM MCCUE |
| RONALD MEUSER | STEVEN KIRSCH | THOMAS SCHRIMPF | WILLIAM MCVISK |
| RONALD MONTIETH | STEVEN KNUDSON | THOMAS SHUNK | WILLIAM MILLS |
| RONALD MOTLEY | STEVEN MILLARD | THOMAS SMITH | WILLIAM MOODY |
| RONALD PIETTE | STEVEN OLDHAM | THOMAS SWEENY | WILLIAM POFF |
| RONALD SHEAR | STEVEN SANDERS | THOMAS TARANTO | WILLIAM PURDUE |
| RONALD WAGNER | STEVEN WODKA | THOMAS THIBODEAU | WILLIAM RADNEY |
| RONALD WESTEN | STEVEN WOLENS | THOMAS TURNER | WILLIAM REAVES |
| ROSEANNE LOFTUS | STUART BRICKNER | THOMAS WILSON | WILLIAM REED |
| ROSS HART | STUART CHANEN | TIM EDWARDS | WILLIAM RYAN |
| ROY WAGNER | STUART PURDY | TIMOTHY BROWN | WILLIAM SANDERS |
| RUDY BISCIOTTI | SUSAN GUNTY | TIMOTHY FAGAN | WILLIAM SERRITELLA |
| RUSSELL HOOVER | SUSAN HANSEN | TIMOTHY HARRIS | WILLIAM SHULTZ |
| RUTH ENRIGHT | SUSAN HUNTER | TIMOTHY MASTERSON | WILLIAM STEGALL |
| RYAN BRAITHWAIT | SUSAN KUSS | TIMOTHY PAGEL | WILLIAM THOMAS |
| S. MCNEILL | SUSAN SHELLY | TIMOTHY PIKE | WILLIAM VANDEVER |
| S.C. BAKER | SUZANNE HALBARDIER | TIMOTHY SEAR | WILLIAM VINES |
| SALVATORE SICILIANO | SUZANNE STANCZYK | TIMOTHY STRATTNER | WILLIAM YOUNG |
| SARA LYKE | T. BECKER | TIMOTHY THORSON | WYNNE HALL |
| SARAH LYKE | T. BROWN | TIMOTHY TRIPLETT | XHAFER ORHAN |
| SARAH PAGELS | T. PINKLEY | TIMOTHY UEBER | ZANE LUCAS |
| SCOTT BRITTON-ME | TARA BECKWITH | TIMOTHY WALSH | ZENAIDA FALCON |
| SCOTT CLARK | TED AMSDEN | TOM RILEY | |

# CERTIFICATE OF SERVICE

**EMAILED:**

| | | | |
|---|---|---|---|
| AARON BERNDT | CARRIE HANGER | DAVID GOLDMAN | EVELYN DAVIS |
| ALBERT PARNELL | CARRIE LIN | DAVID HENDRICKSO | F ALDRIDGE |
| ALBERT POOLE | CARTER LAMBETH | DAVID JAGOLINZER | F. GALLO |
| ALEX TORIBIO | CATHERINE COLINVAUX | DAVID JONES | F. LOKER |
| ALEXANDER BULLOCK | CATHERINE MOHAN | DAVID KATZENSTEI | FELICIA FENG |
| ALEXANDRA CUNNINGHAM | CATHI HESSION | DAVID LEVY | FRANCIS LYNCH |
| ALICE JOHNSTON | CHARLES BISHOP | DAVID LIPMAN | FRANK BYERS |
| ALLAN WHEELER | CHARLES BOHL | DAVID MARSHALL | FRANK CHMELIK |
| ALLEN BOWERS | CHARLES FORER | DAVID MCCONNELL | FRANK GORDON |
| ALLEN VAUGHAN | CHARLES JOLEY | DAVID NELSON | FRANK LANKFORD |
| ALLISON BENOIT | CHARLES SHELDON | DAVID QUIGG | FRANK POND |
| ALLISON MULLINGS | CHARLES SOECHTING | DAVID SCHAFFER | FRANK REDDITT |
| ALYSON WALKER | CHARLES SPRINKLE | DAVID SETTER | FRANK SIOLI |
| ALYSSA REBENSDORF | CHERI GREEN | DAVID STILLMAN | FREDERICK HELMSING |
| AMANDA SUMMERLIN | CHERIE PETERSON | DAVID STURM | FREDERICK MUELLER |
| AMARYAH BOCCHINO | CHRIS TRAPP | DAVID TEMPLE | FREDERICK WALTON |
| AMIEL GROSS | CHRISTOPHER BANASZAK | DAVID TRAYLOR | G. BRUCH |
| ANDREW CANTOR | CHRISTOPHER COLLINGS | DAVID TRAYLOR, J | G. HIGBEE |
| ANDREW DETHERAGE | CHRISTOPHER KNIGHT | DAVID WEINBERG | GARY BEZET |
| ANDREW FELDMAN | CHRISTOPHER KOZAK | DAVID YBARRA | GARY IGNATOWSKI |
| ANDREW MCELANEY | CHRISTOPHER LARSON | DEMETRA CHRISTOS | GARY KAPLAN |
| ANGELA SPIVEY | CHRISTOPHER LEE | DENNIS CANTRELL | GARY KENDALL |
| ANNA DILONARDO | CHRISTOPHER LYNCH | DENNIS O'BRYAN | GAVIN WHITIS |
| ANTHONY BROSAMLE | CHRISTOPHER MARKS | DENNIS VALENZA | GAYLA MONCLA |
| ANTHONY HAYES | CHRISTOPHER MASSARONI | DENNIS WOLFORD | GAYLE SANDERS |
| ANTHONY TADDEO | CHRISTOPHER MASSENBURG | DERRICK HADDOX | GENE GEORGE |
| ANTONIO PYLE | CHRISTOPHER MEISENKOTH | DIANA JACOBS | GENE LOCKS |
| ARMAND VOLTA | CLARE MAISANO | DIANE FEIGI | GEOFFREY SQUITIERO |
| ARPI GALFAYAN | CLARE RUSH | DIANE POMPEI | GEORGE BURNS |
| B. HAYS | CLARKE STURGE | DOMINICK TOCCI | GEORGE INABINET |
| B. WADE | CLAUDE SIMONS | DONALD KINSLEY | GEORGE MOUSTAKAS |
| BARBARA BUBA | CLINTON MOODY | DONALD KRISPIN | GEORGE YARON |
| BARRY MESHER | COLEMAN DUNCAN | DONALD ORZESKE | GERALD WIXTED |
| BARRY SHORT | COLLEEN CRONIN | DONALD PUGLIESE | GERMAINE WILLETT |
| BARRYE MIYAGI | CONCETTA SILVAGGIO | DONNA GARDINER | GLEN HUFF |
| BERNARD DASKAL | CONNIE POSTELLI | DOUGLAS KING | GLEN POWELL |
| BERNARD LEVINTHAL | COREY GORDON | DOUGLAS PROCHNOW | GLENN DRAPER |
| BETH VALOCCHI | CY GOLDBERG | E. HOSMER | GONEN HAKLAY |
| BO KIM | CYNTHIA LOCKE | EDMUND PARRIS | GRACE DE MARIO |
| BRADFORD DEJARDIN | DALE THORNSJO | EDWARD BRISCOE | GRADY HOLLEY |
| BRENNA NEWMAN | DAN LABELLE | EDWARD CRANE | GRANT BUCKLEY |
| BRENT SWANSON | DANIEL BROWN | EDWARD HARNEY | GREGORY ANDING |
| BRIAN BLYTHE | DANIEL CARTER | EDWARD HEARN | GREGORY COCHRAN |
| BRIAN GROSS | DANIEL ELGER | EDWARD HOUFF | GREGORY LYONS |
| BRIAN LADENBURG | DANIEL GARCIA | EDWARD LOW | GREGORY MAXWELL |
| BRIEN MCMAHON | DANIEL KELLY | EDWARD MACCOLL | GROVER KEAHEY |
| BRITA FORSSBERG | DANIEL LARSEN | EDWARD MARTINOVIC | GUS SUAREZ |
| BRUCE BISHOP | DANIEL LONG | EDWARD MATUSHEK | GUY STERNAL |
| BRUCE CLARK | DANIEL MCDYER | EDWARD MCCAMBRIDG | GWENDOLYN PAYTON |
| BRUCE GILPATRICK | DANIEL MCGRATH | EDWARD MCDONOUGH | H. HORNE |
| BRUCE HUTTNER | DANIEL MITCHELL | EDWARD MIZELL | HAL PITKOW |
| BRUCE LYON | DANIEL O'BRIEN | EDWARD MOODY | HAROLD ABRAHAMSON |
| BRUCE MCCULLOUGH | DANIEL O'SHEA | EDWARD SCHENCK | HAROLD LAWLOR |
| BRYAN SKELTON | DANIEL RUSTMANN | EDWIN NICHOLS | HAROLD MORLAN |
| BRYCE BENNETT | DANIEL TRACHTMAN | ELIA DIAZ-YAEGE | HARRY DAVIS |
| BRYNA MISIURA | DANIELLE MAHONEY | ELIT FELIX | HECTOR SANDOVAL |
| C. CAVENDER | DANNY CUPIT | ELIZABETH HUYNH | HEIDI BEAN |
| C. DOUGLAS | DARRIN BAILEY | ELIZABETH STOUDER | HENRY BILLINGSLE |
| C. EVERT | DAVID BARFIELD | ERIC ASQUITH | HENRY ROME |
| C. REESE | DAVID BIDERMAN | ERIC CARLSON | HENRY SALAS |
| C. ZESZUTEK | DAVID CYR | ERIC SKELLY | HOWARD MORRIS |
| CARL SCHWERTZ | DAVID DAMICO | ERIC THOMPSON | HUGH TURNER |
| CARL TUERK | DAVID DONADIO | ERICA CLINE | IAN KINGSLEY |
| CAROL GALLOWAY | DAVID FISHBACK | ERIN SHOFNER | IN-SOOK KIM |

**EMAILED (CON'T):**

| | | | |
|---|---|---|---|
| IVAN GUSTAFSON | JOHN DOUGLAS | KAYCE GISINGER | MATTHEW BERKOWITZ |
| J. RILEY | JOHN FISHWICK | KEITH AMEELE | MATTHEW DOWD |
| J. WELCH | JOHN FONSTAD | KEITH COLTRAIN | MATTHEW FISCHER |
| JACK ANGARAN | JOHN GARDNER | KELLY JONES | MATTHEW JARDINE |
| JAMES BOLIN | JOHN GEIDA | KENNETH HENLEY | MATTHEW JOSS |
| JAMES BOYERS | JOHN HAINKEL | KENNETH KYRE | MATTHEW RIFINO |
| JAMES BROWN | JOHN HERRICK | KENNETH MAYO | MATTHEW STRAUS |
| JAMES CUNNINGHAM | JOHN HOWARTH | KENNETH NUSSBAUMER | MATTHEW WIMER |
| JAMES DELBELLO | JOHN LAFFEY | KENNETH RHODES | MATTHEW ZAMALOFF |
| JAMES DILORENZO | JOHN MANNING | KENNETH SALES | MEADE MITCHELL |
| JAMES DRIES | JOHN MCCANTS | KENT PLOTNER | MELISSA BADGETT |
| JAMES ELLIOTT | JOHN MCGUIRE | KEVIN JAMISON | MELISSA HABECK |
| JAMES FABIAN | JOHN MCMEEKIN | KEVIN KNIGHT | MELISSA OLSON |
| JAMES FERRARO | JOHN ROONEY | KEVIN MCCAFFREY | MICHAEL BERGIN |
| JAMES GANDY | JOHN ROVEN | KEVIN YOUNG | MICHAEL BLOCK |
| JAMES GEMPELER | JOHN SCHOEMEHL | KIMBERLY BROWN | MICHAEL BOSSE |
| JAMES HADDEN | JOHN SEIPP | KIMBERLY MANGUM | MICHAEL BUCCI |
| JAMES HARRIS | JOHN SHEFFER | KIMBERLY SARFF | MICHAEL CASCINO |
| JAMES HOPKINSON | JOHN SHIMADA | KIP HARBISON | MICHAEL CIESLEWICZ |
| JAMES JACOBSON | JOHN SLEVIN | KIRK HARTLEY | MICHAEL DRUMKE |
| JAMES KENNEDY | JOHN SON | KNIGHT ANDERSON | MICHAEL EAGEN |
| JAMES MORRISON | JOHN SULLIVAN | KRISTA MIRHOSEINI | MICHAEL FISCHER |
| JAMES NIQUET | JOHN VITSAS | KURT REITZ | MICHAEL HAMILTON |
| JAMES OSWALD | JOHN WALLER | KYLE MANSFIELD | MICHAEL HERMANN |
| JAMES PORTELLI | JOHN WILLIAMS | LANCE MUELLER | MICHAEL HERNANDEZ |
| JAMES POWERS | JON HADDOW | LAURA HONG | MICHAEL HULTQUIST |
| JAMES STUART | JONATHAN MATTINGLY | LAWRENCE MONTE | MICHAEL KARATOV |
| JAMES WYNNE | JONATHAN PARSHALL | LEE DAVIS | MICHAEL MILLS |
| JAMES YOUNG | JONATHAN TABASKY | LIANE BINOWITZ | MICHAEL SAUCIER |
| JAMIE YADGAROFF | JOSEPH CAPPELLI | LINDSAY PEED | MICHAEL SIMONS |
| JAN SIMONSEN | JOSEPH LASALA | LISA BUSCH | MICHAEL TANENBAUM |
| JANA FRIED | JOSEPH MARCONI | LISA DILLMAN | MICHAEL THORNTON |
| JANELLE LINDER | JOSEPH RASNEK | LISA OBERG | MICHAEL TRUCCO |
| JANET BLACK | JOSEPH REJANO | LORI ROVNER | MICHAEL ZUKOWSKI |
| JANICE CULOTTA | JOSEPH RHODES | LORRAINE RANN | MICHELE CROSBY |
| JASON KENNEDY | JOSEPH RICE | LOUIS HERNS | MICHELLE NOORANI |
| JASON RUBIN | JOSEPH SULLIVAN | LUCIA PAZOS | MITCHELL COHEN |
| JASON SHIPP | JOSETTE SPIVAK | LYNN ROBERTSON | MOFFATT MCDONALD |
| JEANINE FONNER | JOSHUA AUXIER | M. SMITH | MONA WALLACE |
| JEFFREY EDWARDS | JOSHUA BENNETT | MAJA EATON | MONICA MROZ |
| JEFFREY GERMAN | JOSHUA DANOS | MARC BRAINICH | MONTE BARTON |
| JEFFREY HEALY | JOSHUA JOHANNINGM | MARC GAFFREY | MOSHE MAIMON |
| JEFFREY HEBRANK | JOSHUA LEE | MARC GRECO | NAIRI PATERSON |
| JEFFREY HUBBARD | JOYCE WOOD | MARC WEINGARTEN | NANCY PENNIE |
| JEFFREY KENNARD | JUAN BAUTA | MARCY CROFT | NATALIA MEDINA |
| JEFFREY MARLIN | JULIA BECKLEY | MARGARET BYRNE | NATHANIEL BOSIO |
| JEFFREY PORETZ | JULIA BROUHARD | MARGARET CHAPLINSKY | NATHANIEL DUDLEY |
| JEFFREY THOMEN | JULIE EVANS | MARGARET FOSTER | NEIL LEIFER |
| JEFFREY VARAS | JULIE FEIGELES | MARIANNE BROWN | NICHOLAS NIZAMOFF |
| JENELLE EVANS | JULIE TORRES | MARK BRENNAN | NICHOLAS SKILES |
| JENNI YOUNG | JUNE TAIMA | MARK DENEHY | NICHOLE HARDEE |
| JENNIFER BLACKWELL | KAREN CHEDISTER | MARK DES ROCHER | NICOLE YUEN |
| JENNIFER STUDEBAKER | KAREN WAPLE | MARK FELDMANN | OLLIE HARTON |
| JENNIFER TECHMAN | KAREN YOUNG | MARK FUREY | PATRICIA TURNER |
| JERALYN BARAN | KAREN ZELLO | MARK KURZ | PATRICK HAGGERTY |
| JEREMY HUIE | KARI HALBROOK | MARK THOMAS | PATRICK HEWITT |
| JILL FELKINS | KATHARINE BYRNE | MARK TUVIM | PATRICK LAMB |
| JOEL BONDURANT | KATHARINE MAYER | MARK WALL | PATRICK RILEY |
| JOEL PIERCE | KATHERINE GARDINER | MARSAD QURAISHI | PATRICK SMITH |
| JOHN BABIONE | KATHERINE SPITZ | MARY BIRK | PATRICK TIMMINS |
| JOHN BOGDANSKI | KATHERINE STEELE | MARY HATCH | PAUL BRADLEY |
| JOHN CIRALDO | KATHLEEN EBRAHIMI | MARY LARIMORE | PAUL JOHNSON |
| JOHN CONLEY | KATHLEEN LABARGE | MARY YOOST | PAUL LEITNER |
| JOHN CUTTINO | KAY BROWN | MARYALYCE COX | PAUL WHITE |

CERTIFICATE OF SERVICE

**_EMAILED (CON'T):_**

| | | | |
|---|---|---|---|
| PAUL WOJCICKI | ROBERT LONG | SHERI FAUST | THOMAS WILKINSON |
| PETER DEPAOLIS | ROBERT LOVETT | STACEY VERNALLIS | TIMOTHY BOUCH |
| PETER LANGBORD | ROBERT LUDLUM | STEFAN BOURN | TIMOTHY BROWN |
| PETER MATHIEU | ROBERT MERIWETHER | STEPHANIE FLYNN | TIMOTHY CLARKE |
| PETER MCKENNA | ROBERT MEYER | STEPHANIE ROBERTS | TIMOTHY KAPSHANDY |
| PETER MELARAGNO | ROBERT NAUMES | STEPHEN ADAMS | TIMOTHY KRIPPNER |
| PETER RUBIN | ROBERT NELDER | STEPHEN BRANDENBUR | TIMOTHY PECK |
| PETER SANTOS | ROBERT NORTON | STEPHEN FENNELL | TINA CUNDARI |
| PETER WOOLSON | ROBERT NUMRICH | STEPHEN FISHBACK | TODD BARSUMIAN |
| PHILIP CHAPMAN | ROBERT O'DONNELL | STEPHEN IMBRIGLIA | TODD HOLBROOK |
| PHILIP STULL | ROBERT RAPAPORT | STEPHEN JACKSON | TOM SCOTT |
| PHILLIP SCALETTA | ROBERT REICH | STEPHEN MARSHALL | TRACY TOMLIN |
| PREVIN WICK | ROBERT ROLFE | STEPHEN MLINAC | TREVOR WILL |
| R. MUTH | ROBERT SCHMIEDER | STEPHEN SCHWARTZ | TYLER WINTON |
| R. MUTH | ROBERT SHAW | STEPHEN SCHWARZ | V. BEVON |
| R. PROFFITT | ROBERT SPITKOVSKY | STEPHEN SHACKELFOR | VERESA ADAMS |
| RANDALL JORDAN | ROBERT STEPP | STEPHEN WILLIAMSON | VERNICE LOUIE |
| RANDOLPH TOTTEN | ROBERTA DEMPSTER | STEVEN BARBER | VINCENT BENNETT |
| RANDOLPH WISEMAN | ROBIN HARVEY | STEVEN KEATS | VINCENT PALMIOTTO |
| RAYMOND FORCENO | ROBIN SILVER | STEVEN OUZTS | VIONNE DOUGLAS |
| RAYMOND MODESITT | ROGER GORDON | STEVEN PARROTT | VIRGINIA GIOKARIS |
| RAYMOND WITTEKIND | ROGER HEIDENREIC | STEVEN PUGH | VIRGINIA JOHNSON |
| REBECCA CUCU | ROGER LANE | STEVEN WRIGHT | W. EDWARDS |
| REED SUGG | RONALD AUSTIN | STUART COHEN | WALTER BARTON |
| REGINALD BISHOP | RONALD COX | SUSAN COLE | WALTER MCDONOUGH |
| RICHARD BOLTON | RONALD GARDNER | SUSAN HENDERSON | WALTER WATKINS |
| RICHARD BOONE | RONALD MCLEAN | SUSAN MEHRINGER | WILLIAM BRADLEY |
| RICHARD BOYLE | RONALD TAYS | SUSANNE ARANI | WILLIAM BRASHER |
| RICHARD DIGHELLO | ROSARIO CHETTA | TERESA LAZZARONI | WILLIAM COLLINS |
| RICHARD GLASSER | ROSE WADE | TERRENCE JOHNSON | WILLIAM CONNER |
| RICHARD GRANT | ROY BLACKWELL | THEODORE KIRCHNER | WILLIAM CROKE |
| RICHARD JOHNSON | ROY COHEN | THEODORE MCCULLOUGH | WILLIAM DAVIS |
| RICHARD O'LEARY | RUSSELL SCOTT | THOMAS BERNIER | WILLIAM GAVIN |
| RICHARD POLLEY | SAMUEL HABEEB | THOMAS CANNON | WILLIAM GRAHAM |
| RICHARD RADCLIFFE | SAMUEL ROSAMOND | THOMAS CLARK | WILLIAM HARVARD |
| RICHARD RUBENSTEIN | SARAH BOWMAN | THOMAS CRUMPLAR | WILLIAM HAUSHALTER |
| ROBERT BASSETT | SCOTT FEGLEY | THOMAS DOUGALL | WILLIAM KLIFFEL |
| ROBERT BYSTROWSKI | SCOTT PHILLIPS | THOMAS GILLIGAN | WILLIAM KUZMIN |
| ROBERT DILLE | SCOTT RICHMOND | THOMAS GONZALEZ | WILLIAM MAHONEY |
| ROBERT GAUSS | SEAN COX | THOMAS GOSS | WILLIAM MARTENS |
| ROBERT GIBBS | SETH CURTIS | THOMAS KERNELL | WILLIAM MURRAY |
| ROBERT GOLDMAN | SHANNON PHILIPP | THOMAS LYONS | WILLIAM REEVES |
| ROBERT HARRIS | SHARLA FROST | THOMAS MAXWELL | WILLIAM SCHUETTE |
| ROBERT HATTEN | SHARON CAFFREY | THOMAS MOSES | WILLIAM SERRITELLA |
| ROBERT HOOD | SHARON SOLINSKY | THOMAS RICE | WILLIAM SMITH |
| ROBERT HOOD | SHARON ZINNS | THOMAS TARDY | WILLIS TRIBLER |
| ROBERT KOMITOR | SHAWANE LEE | THOMAS TYNER | ZANDRA JOHNSON |
| ROBERT KRAUSE | SHEILA BIRNBAUM | THOMAS WHITE | |